

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Randy Dale Barnett, Appellant

No. 06-15-00020-CV        v.

Jerry Coyle, Appellee

Appeal from the 62nd District Court of Lamar County, Texas (Tr. Ct. No. 84100). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We note that the appellant, Randy Dale Barnett, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JULY 14, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk